## MORGAN v. BERGER.

(Supreme Court, Appellate Term. January 5, 1912.)

COURTS (§ 190*)—MUNICIPAL COURTS—APPEAL—CORRECTION OF ERRORS.
    The Appellate Term, on appeal from a judgment of the Municipal Court of the City of New York, will correct an error in the computation of the damages as disclosed by the record, though the computation .was accepted as correct, and though appellant has not called the attention of the Appellate Term to the error.
    [Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Thomas J. Morgan against Isaac Berger. From a judgment for plaintiff, rendered by the Municipal Court of the City of New York on a directed verdict, defendant appeals. Modified and affirmed.

Argued before SEABURY, LEHMAN, and PAGE, JJ.

Leo Lerner, for appellant.
Samuel C. Steinhardt, for respondent.

PER CURIAM. There appears to be an error in the computation of the damages. Two and one-half cents per yard on 7,771 yards amounts to $194.28, and not to $285.58. Making the computation of interest upon the correct amount would reduce the judgment by $97.30; otherwise, the judgment was correctly rendered. The attorney for the defendant accepted the computation upon the trial as

correct, and has not called our attention to the error on this appeal.

That substantial justice may be done, the judgment will be reduced to $233.81, and, as modified, affirmed, with costs to the respondent.